E-FILED
Thursday, 23 September, 2004  04:08:04 PM
Clerk, U.S. District Court, ILCD

Date: September 20, 2004

To: U.S District court
Central District of Illinois
Office of the Clerk.

From: Steven Langley
No. B68375

FILED
SEP 2 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name Langley vs. Department of corrections.
Case No. 1203 cv 1274

Re: Copies of all Docket orders filed on this case and any Copies of Motions filed By Plaintiff on this case.

Am Requesting Copies of All Docket orders filed on this case. And any Copies of Motions filed By me. on this case.

Respect fully
Steven Langley