RECEIVED
AUG 20 2003
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
NOV 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steven Langley B-68375 )
Plaintiff )
)
vs. ) Case No. 03-1274
)
Warden Hulick )
And The Hill Correctional )
Center. )
)
Defendant(s) )

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other  Neglect and Inmate's Well-being

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Steven Langley, and states as follows:

My current address is: Hill Correctional Center 600 Winwood Rd PO 1700· Galesburg IL 61401

The defendant Mr. Hulick, is employed as Warden Hill Correctional Center at Department of Corrections.

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☑     No ☐

If yes, please describe

Tazewell County violation under the County Standards and eighth amendment.

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☑     No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) Steven Langley

     Defendant(s) Sheriff, Houston Superintendent Helm Tazewell County Jail.

  2. Court (if federal court, give name of district; if state court, give name of county)
     Peoria County

3. Docket Number/Judge

02-cv-1220 Judge Baker

4. Basic claim made

Neglect.

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

Still pending

6. Approximate date of filing of lawsuit April 2002

7. Approximate date of disposition

Do not know.

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ No ☐ If your answer is no, explain why not

_____

_____

C. Is the grievance process completed? Yes ☐ No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  Hill Correctional Center Seg unit Cell 5

Date of the occurrence  July 17, 2003, Augest 5, 2003

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

(1) The Hill Correctional Center has violated the Plaintiffs well-being and neglect the Plaintiffs Safly on the date's of July 17, 2003. When Plaintiff was left In a cell for about (45 minutes) cutting on both arms. Plaintiff at the time was on a (15 minutes Witch). In the Hill Correctional Center Seg unit staff at the time know the Inmate was cutting on hem self. But did not do nothing about it at any time (on July 17, 2003.)

(2) On Augest 5, 2003 when In the seg unit Plaintiff Cutting on Both arms Plaintiff was Left In Cell for about (2 hours) and staff krew That Inmate was Cutting on hem Self on This date. This My Be Some Violations under (the eighth amendment Cruel and unusual punishment)

(3) The Plaintiff Steven Langley on Both dates has filed Grievances on the violations. and the Grievances are still pendding on the Matters at the Hill Correctional Center.

(4) On July 30, 2003 Plaintiff Request some (legal envelopes) and (20 u.s. Marshal forms) Inmate put In 3 Request and still the law Library Has not Sent the Inmates Request And the (Department Mental Health manual) And Copies of the eighth amendment Cruel and unusual punishment (Sections 2.1 trew 2.14)

(5) Inmate Langley B68375 Has Been at the Hill Correctional Center From July 2, 2003 In tell Now August 8, 2003. And still (Cruel and un usual punishment and neglect) And will not Give Inmate hes property. Inmate Requested transfer for hes safty and well-Bing.

Respectfully Submitted

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

am Requesting the Court to have the Hill Correctonal Center Transfer the Inmate for hes safty and Well-Bing And Have The Defendants pay the Plaintiffs filing fee. and for Dameges 100,00 dollers pr. Defendant. for neglecting the Inmate's well-Bing on the dates Listed In the complaint

and two years Good time Granted By the Department of Corrections. for not See the Inmate on the Grievances filed on Dixon Correctonal Center and Big Muddy River Correctonal Center.

JURY DEMAND       Yes ☐     No ☑

Signed this ____eighth____ day of ____Augest____, 2003.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Steven Langley | Inmate Identification Number: B-68375 |
|---|---|
| Address: Hill Correctronal Center 600 Lmwood Rd. PoBox 1700, Galesbury IL. 61401 | Telephone Number: |