AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED
SEP 1 2 2003
U.S. CLERKS OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT

District of _____

Steven Langley

V.

Warden Hulick, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-1274

TO: (Name and address of Defendant)

Hill Correctional Center
600 Linwood Rd
PoBox 1327
Galesburg, IL 61401

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven Langley B68375
Dixon Correctional Center
PoBox 1200
Dixon IL. 61021

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters                                11/22/05
CLERK                                             DATE

/s/ K. Burns
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Steven Langley
V.

Warden Hulick, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-1274

TO: (Name and address of Defendant)

Warden Hulick
Hill Correctional Center
PO Box 1327
Galesburg IL 61401

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven Langley B68375
Dixon Corr Ctr
PO Box 1200
Dixon, IL 61401

an answer to the complaint which is served on you with this summons, within ___60___ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ag for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters

/s/ K. Burns
CLERK

11/22/05
DATE