UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN LANGLEY, #B68375, | ) |
| Plaintiff, | ) ) ) |
| - vs- | ) No. 03-1274 |
| DONALD HULICK and HILL CORRECTIONAL CENTER, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS**

NOW COMES the Defendant, DONALD HULICK, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, pursuant to Rule 12(b)(6) and 42 U.S.C. §1997(e), and hereby moves this Honorable Court to dismiss Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff filed his Complaint in said matter on November 22, 2005.

2. Defendant Hulick lacks the requisite personal involvement.

3. Plaintiff has an adequate post deprivation remedy for any loss of his property.

4. This Court lack subject matter jurisdiction over Plaintiff's claims based on negligence.

5. Plaintiff has not been denied access to the Courts.

6. Defendant is entitled to Qualified Immunity in this matter.

7. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that Plaintiff's Complaint be dismissed.

        Respectfully submitted,

        DONALD HULICK,

           Defendant,

        LISA MADIGAN, Attorney General,
State of Illinois

           Attorney for Defendant,

By: /s/ Linda M. Wolters
    Linda M. Wolters, #6270801
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
    Phone:  (217) 782-9014
    Fax:   (217) 524-5091
    E-Mail:  lwolters@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| STEVEN LANGLEY, #B68375, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 03-1274 |
| | ) | |
| DONALD HULICK and HILL | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006, I electronically filed Defendant's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on January 27, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Steven Langley, #B68375
Big Muddy Correctional Center
251 North Illinois, Highway 37
P.O. Box 900
Ina, Illinois 62846

Respectfully Submitted,
 s/ Linda M. Wolters
Linda M. Wolters, #6270801
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 782-9014
Fax:  (217) 524-5091
E-Mail:  lwolters@atg.state.il.us