E-FILED
Monday, 30 January, 2006 07:55:59 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

January 30, 2006

Steven Langley, B68375
Dixon Corr Center
2600 N. Brinton Ave.
Dixon, IL. 61021

RE: Langley vs Hulick, etal
CASE NO. 03-1274

Dear Mr Langley:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                      s/H. Kallister
                                      JOHN M. WATERS, CLERK
                                      U.S. DISTRICT COURT

cc:  all counsel