UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| STEVEN LANGLEY, #B68375, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 03-1274 |
| | ) | |
| DONALD HULICK and HILL CORRECTIONAL CENTER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General for the State of Illinois, by Lindsay Sweet, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendant DONALD HULICK, in the above cause.

    Respectfully submitted,

    DONALD HULICK,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:  s/ Lindsay Sweet
    Lindsay Sweet, #6287510
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail: lsweet@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN LANGLEY, #B68375, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 03-1274 |
| ) | |
| DONALD HULICK and HILL ) | |
| CORRECTIONAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Linda M. Wolters
Assistant Attorney General
lwolters@atg.state.il.us

and I hereby certify that on March 28, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Steven Langley, #B68375
Big Muddy Correctional Center
251 North Illinois, Highway 37
Post Office Box 900
Ina, Illinois  62846

Respectfully Submitted,
 s/ Lindsay Sweet
Lindsay Sweet, #6287510
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  lsweet@atg.state.il.us