UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN LANGLEY, #B68375, )<br>)<br>Plaintiff, )<br>)<br>- vs- )<br>)<br>DONALD HULICK and HILL )<br>CORRECTIONAL CENTER, )<br>)<br>Defendants. ) | No. 03-1274 |

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES Defendant, DONALD HULICK, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and for his Motion to Substitute Counsel, states as follows:

1. Assistant Attorney General Linda M. Wolters is no longer assigned to represent the defendant in this matter.

2. Assistant Attorney General Lindsay Sweet is now assigned to represent the defendant in this matter.

3. It is requested that Assistant Attorney General Linda M. Wolters be removed as counsel for defendant.

WHEREFORE, for the above and foregoing reasons, Defendant Donald Hulick respectfully requests this honorable Court allow the substitution of Assistant Attorney General Lindsay Sweet for Assistant Attorney General Linda M. Wolters and that

Assistant Attorney General Linda M. Wolters be removed as counsel for the defendant in this matter.

        Respectfully submitted,

        DONALD HULICK,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Lindsay Sweet
     Lindsay Sweet, #6287510
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois 62706
     Telephone: (217) 782-9026
     Facsimile: (217) 524-5091
     E-Mail: lsweet@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN LANGLEY, #B68375, )<br>)<br>Plaintiff, )<br>)<br>- vs- )<br>)<br>DONALD HULICK and HILL )<br>CORRECTIONAL CENTER, )<br>)<br>Defendants. ) | No. 03-1274 |

### CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2006, I electronically filed a Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Linda M. Wolters
    Assistant Attorney General
    lwolters@atg.state.il.us

and I hereby certify that on March 28, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Steven Langley, #B68375
    Big Muddy Correctional Center
    251 North Illinois, Highway 37
    Post Office Box 900
    Ina, Illinois  62846

    Respectfully Submitted,
     s/ Lindsay Sweet
    Lindsay Sweet, #6287510
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  lsweet@atg.state.il.us