# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Steven Langley**

vs.

Case Number: **03-1274**

**Warden Hulick, et al.**

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice for failure to state a claim upon which relief could be granted.

ENTER this 12th day of June, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK


/s/ K. Burns
BY:  DEPUTY CLERK